No. A–294.  OLSON v. KANSAS.  Application for bond, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–367.  WINSLOW ET UX. v. COLORADO SUPREME COURT. Sup. Ct. Colo.  Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–423.  EUSTIS ENGINEERING CO. ET AL. v. NICHOLSON & LOUP, INC.  Sup. Ct. La.  Application for stay or injunction, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–1040.  IN RE DISBARMENT OF GAYNES.  Disbarment entered.  [For earlier order herein, see ante, p. 923.]

No. D–1044.  IN RE DISBARMENT OF WEISENSEE.  Disbarment entered.  [For earlier order herein, see ante, p. 935.]

No. D–1046.  IN RE DISBARMENT OF JENKINS.  Disbarment entered.  [For earlier order herein, see ante, p. 936.]

No. D–1065.  IN RE DISBARMENT OF SOLOWITCH.  It is ordered that Eric Steven Solowitch, of University Heights, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1066.  IN RE DISBARMENT OF KROS.  It is ordered that James John Kros, of Aurora, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1067.  IN RE DISBARMENT OF CARDIN.  It is ordered that Jerome Stanley Cardin, of Stevenson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1068.  IN RE DISBARMENT OF WHITE.  It is ordered that Donnie Howard White, of Georgetown, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1069.  IN RE DISBARMENT OF BAKER.  It is ordered that David Baker, of Avalon, N. J., be suspended from the practice